NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HAROLD V. DAVIS,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7107

---

Appeal from the United States Court of Veterans Claims in case no. 10-0396, Judge Mary J. Schoelen.

---

**ON MOTION**

---

**O R D E R**

Harold V. Davis moves for leave to proceed in forma pauperis. Davis has not submitted Federal Circuit Form 6, which is required by this court for such motions. Moreover, because Mr. Davis is a prisoner, he is also required to submit Federal Circuit Form 6A, an authorization form.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied without prejudice to Davis refiling a motion for leave to proceed in forma pauperis along with a completed Federal Circuit Form 6 and Form 6A. Davis's motion for leave to proceed in forma pauperis with the proper forms is due within 21 days of the date of filing of this order.

JUL 05 2012
_____
Date

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Harold V. Davis
     James R. Sweet, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 05 2012

JAN HORBALY
CLERK